UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 31 2010
GREGORY C. LANGHAM
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 23 2010
GREGORY C. LANGHAM
CLERK

Jonathan Lee Riches d/b/a
Bernard Madoff a/k/a
Bernie Madoff a/k/a
Faisal Shahzad,
Plaintiff
V.

CASE NO. '10-CV-02112

Carmelo Anthony d/b/a Denver Nuggets Basketball Player;
Dwyane Wade d/b/a Miami Heat Basketball Player;
Mark Cuban d/b/a Dallas Mavericks Owner;
Jerry Reinsdorf d/b/a Chicago Bulls Owner;
Jerry Buss d/b/a Los Angeles Lakers Owner,
Defendants

Preliminary Injunction, Temporary Restraining order, TRO
28 USC 1331

Comes now, Jonathan Lee Riches d/b/a Bernard Madoff a/k/a Bernie Madoff a/k/a Faisal Shahzad, I face imminent Danger and bodily harm from Carmelo Anthony in Denver and the defendants, I seek a restraining order

Carmelo Anthony told me he is going to kill me. I'm writing a tell all book on Anthony, I was his former boyfriend and we were in a sexual relationship in 2000, we met at a Baltimore YMCA, I committed Identity theft to finance his Basketball career, I used stolen credit cards to get him GNC vitamins and Enimas to flush out his toxins, My Fraud money from Ebay fraud and Western union credit card fraud paid for Carmelo Anthony to go to Syracuse. Anthony melt my popcicle. Anthony gave me a STD in 2001, Carmelo Anthony worked

as a undercover Narcotic cop in Baltimore and was snitchin. I told Anthony to stop snitch, Anthony confessed to being a tattle tail. I saw Carmelo Anthony bet on Denver Nuggets games with former NBA ref Tim Donaghy. Carmelo Anthony cheated on his wife LALA with Dwyane Wades ex-wife who gave Anthony fellatio in I-95 traffic. I'm having a Pen Pal relationship with Anthonys wife who confessed she likes white guys. Anthony wrote me a letter at the Federal medical center in lexington telling me "Riches, Your dead cracker". I have a Picture of Carmelo Anthony and Dwyane Wade snorting cocaine on Kate Moss' lap and another photo of them having homosexual sex shooting steroids into each other at Barry Bonds house. Now they want to murder me. Mark cuban stole my credit cards and tried to buy the Texas Rangers with my money. Mark cuban Assaulted me serving Ice cream at Dairy Queen. Nolan Ryan threw 100 mph Fastballs at my head and he and Robin ventura Beat me up at the Church of Jesus christ. Jerry Buss Accused me of raping him and Kobe Bryant in Boulder at JonBenet Ramseys house. Jerry Buss sold me Jeanie Buss on Ebay and I was promised a Lakers Janitor Job when I get out of prison for less then minimum wage. Reinsdorf solicited sex from me on eharmony.com and Reinsdorf Assaulted me courtside next to Jack Nicholson. I feel threatened, intimidated by Defendants. when I listen to Espn radio I get goose bumps and shivers because of the fear Defendants caused me. I want to be left alone and I want David Stern to suspend Carmelo Anthony for assaulting me, a fan. I pray this court for relief.

respectfully,

[signature] 8/15/10

Jonathan Lee Riches
#40948018
Federal medical center
P.O. Box 14500
Lexington, KY 40512